**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 02-1181

---

DANIEL JOHNSON WILLIS,

Plaintiff - Appellant,

versus

ATLANTIC INDEMNITY COMPANY; MARVIN QUINN;
SANDRA FISHER; JOSEPH FISHER; LYNDA SINK; SHAY
CAMPBELL; JAMIE COLE; CAROLE BERNARDO; STEVE
FRAZELLE; DIANE GREENE; HERRINGS INSURANCE
COMPANY; MARY HERRINGS; BRANCH BANKING & TRUST
COMPANY; JAMES HERRINGS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.   Malcolm J. Howard,
District Judge. (CA-01-147-4-H)

---

Submitted:  April 25, 2002              Decided:  May 6, 2002

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Daniel Johnson Willis, Appellant Pro Se.  Raymond Earl Dunn, Sr.,
DUNN, DUNN & STOLLER, New Bern, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and dismissing his state law claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Willis v. Atlantic Indemnity Co.</u>, No. CA-01-147-4-H (E.D.N.C. Jan. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>